IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BMO HARRIS BANK NA                                                                PLAINTIFF

v.                                         No. 3:16-cv-272-DPM

RAD TRANSPORTATION LLC and
CHARLES S. BRIGHT                                                               DEFENDANTS

ORDER

1. The Court needs more information from BMO Harris Bank before it can decide the motion for default judgment. Please file an addendum explaining how the following amounts were either incurred or calculated:

- Unpaid and accelerated loan balances of $475,566
- Repossession costs of $600
- Late fees of $3,446
- Pre-Complaint interest of $18,225
- Proceeds of $54,572 from resale of collateral
- Attorney fees of $2,500 (by hours and rate)
- Costs of collection of $793.39
- Interest of $202.80 per day since filing the complaint

Addendum due by 17 February 2017.

2. RAD has filed what appears to be an untimely answer, but no response to the motion. RAD needs to do two things: respond to the motion, and either move to answer out of time, FED. R. CIV. P. 6(b)(1)(B), or explain

why its answer was timely.  RAD's papers due by 3 March 2017.  If RAD remains silent, the Court will strike its answer.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 February 2017