# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**BMO HARRIS BANK NA**                                                                 **PLAINTIFF**

v.                          No. 3:16-cv-272-DPM

**RAD TRANSPORTATION LLC and**
**CHARLES S. BRIGHT**                                                                  **DEFENDANTS**

## JUDGMENT

The Court enters Judgment for BMO Harris Bank NA and against RAD Transportation LLC and Charles S. Bright, jointly and severally, for $392,374.90, plus an attorney's fee of $2,500.00. Post-judgment interest will accrue at 1.06% from today until this Judgment is paid in full. 28 U.S.C. § 1961.

_____
D.P. Marshall Jr.
United States District Judge

4 May 2017