# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

BMO HARRIS BANK NA                                    PLAINTIFF/
                                                      CROSS-CLAIMANT

v.                          No. 3:16-cv-272-DPM

RAD TRANSPORTATION LLC and
CHARLES S. BRIGHT                                     DEFENDANTS

KARLA BRIGHT                                          INTERVENOR/
                                                      CROSS-DEFENDANT

TOMMY WAGNER, JR. and TOMMY W.
WAGNER FARMS LLC                                      GARNISHEES

## ORDER

For the reasons stated on the record at the 7 June 2018 hearing, the Court made the following rulings. Karla Bright's objections, № 38, are construed as a motion to intervene; and that motion is granted. BMO Harris's third-party complaint, № 44, is re-designated as a cross-claim. The Clerk should update the docket. Wagner's motion to dismiss, № 41, and BMO Harris's objections, № 46, are denied without prejudice as moot. The Court will hold a bench trial on all disputed issues on 1 October 2018. Until then, Wagner's installment payments should be deposited into the registry of this Court. A Scheduling Order will issue.

The Court will consider BMO Harris's oral motion for a creditor's bill and file an Order in due course.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 June 2018