# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | |
|---|---|
| BMO HARRIS BANK NA | PLAINTIFF/ CROSS-CLAIMANT |
| v.    No. 3:16-cv-272-DPM | |
| RAD TRANSPORTATION LLC and CHARLES S. BRIGHT | DEFENDANTS |
| KARLA BRIGHT | INTERVENOR/ CROSS-DEFENDANT |
| TOMMY WAGNER, JR. and TOMMY W. WAGNER FARMS LLC | GARNISHEES |

## ORDER

BMO Harris's oral motion for a creditor's bill, № 52 at 2, is denied without prejudice. This case is no longer bogged down procedurally. All interested parties are present and working toward a full decision on the merits. BMO Harris's remedy is a secondary question, which may not arise. Plus, while this case moves toward trial, the installment payments are being held in this Court's registry. № 52 at 1. If it turns out that BMO Harris needs a creditor's bill as the Court is deciding this case, then the bank may renew its motion at the bench trial.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 June 2018