# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | |
|---|---|
| **BMO HARRIS BANK NA** | **PLAINTIFF/ CROSS-CLAIMANT** |
| v. | No. 3:16-cv-272-DPM |
| **RAD TRANSPORTATION LLC and CHARLES S. BRIGHT** | **DEFENDANTS** |
| **KARLA BRIGHT** | **INTERVENOR/ CROSS-DEFENDANT** |
| **TOMMY WAGNER, JR. and TOMMY W. WAGNER FARMS LLC** | **GARNISHEES** |

## ORDER

The parties' joint motion, № 59, is granted. The Court will sign and file the agreed Order to resolve all the parties' pending disputes. Please send a clean copy of the Order to chambers email. The Court congratulates the parties on their settlement. The joint report of discovery dispute, № 56, is denied without prejudice as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 September 2018